# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

In Re:

ADVANCED UNDERGROUND  Case No. 18-46416
INSPECTION, LLC,  Chapter 11
 Judge Thomas J. Tucker
      Debtor.

---

**FIRST DAY ORDER AUTHORIZING DEBTOR (A) TO PAY
PRE-PETITION WAGES, SALARIES, BENEFITS, AND REIMBURSABLE
EXPENSES, AND TO CONTINUE EXISTING EMPLOYEE POLICIES, AND (B) TO
CONTINUE IN EFFECT WORKERS' COMPENSATION PROGRAMS**

Advanced Underground Inspection, LLC ("Advanced Underground" or the "Debtor"), as a Debtor and Debtor in Possession in the above-captioned Chapter 11 case, filed a Motion Seeking Entry of an Order Authorizing Debtor (A) to Pay Pre-petition Wages, Salaries, and Reimbursable Expenses, and to Continue Existing Employee Policies, (B) to Continue In Effect Worker's Compensation Programs (Docket # 5, the "Motion"); and the Debtor agreeing that the amounts it seeks to pay are entitled to priority claim status under Sections 507(a)(4) and 507(a)(5) of the Bankruptcy Code.  This Court, after considering the record herein and hearing the argument of counsel, and notice being adequate and sufficient under the circumstances; and the Court having determined that the relief sought in the Motion is in the best interests of the Debtor, its creditors, and all parties in interest; and the Court having heard the evidence and statements of counsel regarding the Motion and having determined that the legal and factual bases set forth in the Motion

establishes just cause for the relief granted herein; and the Court having held an expedited hearing on the Motion on May 3, 2018,

**IT IS ORDERED that:**

1. The Motion is **GRANTED**.

2. Advanced Underground is authorized to pay any and all Employee Obligations, Reimbursable Expenses and sales commissions, as defined in the Motion, which are accrued and unpaid as of the commencement of the Debtor's Chapter 11 case; provided, however, that the Debtor may not pay an individual employee or its sales representative more than $12,850.00 under this Order.

3. The maximum the Debtor is authorized to use from its cash collateral to satisfy its gross wages and associated liabilities for the pay period ending April 29, 2018, is $45,000.00.

4. The maximum the Debtor is authorized to use from its cash collateral to satisfy its unpaid pre-petition sales commissions is $12,850.

5. The Debtor is authorized to direct its banks to honor all checks issued and fund transfer requests with respect to Employee Obligations, as defined in the Motion.

6. The Debtor is authorized to issue new checks and make fund transfer requests to meet the Employee Obligations, as defined in the Motion.

**Signed on May 04, 2018**



/s/ Thomas J. Tucker
Thomas J. Tucker
United States Bankruptcy Judge