UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In Re:

**ADVANCED UNDERGROUND
INSPECTION, LLC,**

Case No. 18-46416-tjt
Chapter 11
Judge Thomas J. Tucker

Debtor.

___

**INTERIM ORDER PROHIBITING UTILITY COMPANIES FROM ALTERING,
REFUSING OR DISCONTINUING SERVICES PENDING DETERMINATION
OF ADEQUATE ASSURANCE OF PAYMENT FOR FUTURE UTILITY
SERVICES, AND APPROVING THE PROPOSED ADEQUATE ASSURANCE
PROCEDURES UNDER SECTION 366 OF THE BANKRUPTCY CODE**

Advance Underground Inspection, LLC ("Advanced Underground" or the "Debtor") as Debtor and Debtor-in-Possession in the above-captioned Chapter 11 case, filed a First Day Motion Seeking Entry of an Order Prohibiting Utility Companies (collectively, the "Utility Companies") from altering, refusing, or discontinuing services pending a determination of adequate assurance of payment, and approving the proposed Adequate Assurance Procedures (Docket # 7, the "Motion"). This Court, having held a hearing on May 3, 2018, and after considering the record herein and hearing the argument of counsel, and notice being adequate and sufficient under the circumstances, finds that: (a) the Court has jurisdiction over this matter under 28 U.S.C. §§157 and 1334; (b) service and notice of the Motion and hearing was sufficient under the circumstances; (c) the Revised Adequate Assurance Procedures are in the best interest of the Debtor's estate, its creditors, and other parties in interest; and (d) that cause exists to grant the Motion.

**IT IS ORDERED that:**

1. The Motion is GRANTED.

2. Under Sections 105 and 366 (b) and (c) of the Bankruptcy Code, and absent any further order of this Court, each of the Utility Companies is prohibited from altering, refusing, or discontinuing services to the Debtor, on account of unpaid pre-petition invoices or because of the commencement of this case, or requiring the Debtor to pay a deposit or other security in connection with the provision of post-petition utility services, other than as provided by the Adequate Assurance Procedures, set forth in the Statement of Adequate Assurance Procedures filed on May 1, 2018 (Docket No. 7).

3. The Adequate Assurance Procedures set forth in the Statement of Adequate Assurance Procedures, are APPROVED and incorporated into the terms of this Order.

4. Nothing in this Order or the Motion will be deemed an assumption or adoption of any agreement under Section 365 of the Bankruptcy Code.

5. The Debtor, its officers, employees and agents, are authorized to take or refrain from taking such acts as are necessary and appropriate to implement and effectuate the terms of this Order and the relief sought in the Motion.

6. Upon entry of this Order, proposed counsel for the Debtor must immediately serve this Order on the Utility Companies via facsimile to the extent possible and by overnight mail to the extent that it is not. Any objections to this Order must be filed within ten (10) days from the date of this Order and served upon proposed counsel for the Debtor and the United States Trustee. In the event an objection is filed, the Court may promptly schedule a hearing to

consider that objection. In the event no objection is filed with the Court and properly served as set forth herein, this Order will become a final order.

**Signed on May 04, 2018**



/s/ Thomas J. Tucker
Thomas J. Tucker
United States Bankruptcy Judge